STEVEN C. SMITH, CA State Bar No. 116246
JASON K. SMITH, State Bar No. 277923
SMITH LC
3161 Michelson Drive, Suite 925
Irvine, CA 92612
Telephone: (949) 416-5000
Facsimile: (949) 416-5555
Email: ssmith@smith-lc.com
Email: jsmith@smith-lc.com

John L. Krenn, Esq., MN State Bar No. 12493X
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
500 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3222
Facsimile: (612) 632-4222
Email: john.krenn@gpmlaw.com
Attorneys for Plaintiff Uniloc Luxembourg, S.A.

Brett J. Vottero, Esq., MA State Bar No. 545461
FEIN EMOND &APPLEBAUM P.C.
53 Mulberry Street
Springfield, MA 01105
Telephone: (413) 781-5400
Facsimile: (413) 739-0801
Email: bvottero@fpepc.com
Attorneys for Defendant Michael W. Broderick

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

SOUTHERN DIVISION

| | |
|---|---|
| UNILOC LUXEMBOURG, S.A.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL W. BRODERICK,<br><br>　　　　Defendant. | CASE NO: 8:16-cv-00231-SJS-DFM<br><br>Assigned to: Judge Cormac J. Carney<br>Dept.: 9B<br>Referred to: Magistrate Judge Douglas F. McCormick<br>Dept.: 6B<br><br>Complaint Filed: 10/13/15 |

Trial Date: not set

**JOINT RULE 26(f) REPORT**

Plaintiff Uniloc Luxembourg, S.A. ("Uniloc Luxembourg") and Defendant Michael W. Broderick ("Broderick") hereby submit the following Joint Rule 26(f) Report.

### I. RULE 26(F) CONFERENCE

On April 14, 2016, and with continuing discussions thereafter, the parties' counsel conducted their Rule 26(f) Conference. Counsel discussed the matters set forth in Federal Rule of Civil Procedure 26, the Local Rules, and this Court's Notice of Intent.

### II. JOINT REPORT

#### A. Nature and Basis of Claims and Defenses.

Broderick was at one time the Chief Executive Officer of various "Uniloc" affiliate companies. As part of his compensation, Broderick obtained vested stock options in one of those companies – Uniloc Corporation Pty. Limited ("Uniloc Australia"). Later, intellectual property controlled by Uniloc Australia was spun off to a new Luxembourg entity named Uniloc Luxembourg, S. A. ("Uniloc Luxembourg"). Shortly thereafter, the shareholders of Uniloc Australia received shares in Uniloc Luxembourg. Broderick had exercised an option on one share of Uniloc Australia stock and thus received one share of Uniloc Luxembourg when the spin off occurred. Broderick continues to have stock options in Uniloc Australia and it is Broderick's position that he already has stock options in Uniloc Luxembourg. While Uniloc Luxembourg acknowledges that Broderick is likely entitled to receive stock options in Uniloc Luxembourg, it disputes whether Broderick already has Uniloc Luxembourg stock options, and notes that Broderick has recently denied owning Uniloc Luxembourg stock options. In addition, the

SMITH LC

parties dispute certain material details of any options in Uniloc Luxembourg Broderick has or may be entitled to have, including the number, strike price, and expiration date of those options.

Broderick over time has made various claims against Uniloc Luxembourg with respect to Uniloc Luxembourg stock and stock options. In response to Broderick's claims, Uniloc Luxembourg brought this case against Broderick as a declaratory judgment action, seeking a declaration of the Court with respect to the claims made by Broderick. Those claims include Broderick's claims to: (1) a right to redemption from Uniloc Luxembourg for Broderick's stock and stock options in Uniloc Australia and Uniloc Australia; (2) a claim that Broderick is entitled to enforce a 2011 Stock Option Agreement for 61,149 shares of Uniloc Luxembourg at an exercise price of two cents per share; and (3) a claim that the stock grant plan adopted in 2013 by Uniloc Luxembourg and rescinded by the Uniloc Luxembourg shareholders in 2015 provides rights to Broderick. See the Second Amended Complaint filed April 26, 2016. Uniloc Luxembourg denies that Broderick has rights under any of those three claims.

### B. Discussion of Settlement.

The parties agree that the Court's ADR Program may be used for settlement and that the mediation session should occur at least 90 days before the date when the case is scheduled for trial.

### C. Disclosures Required by Rule 26(a)(1).

The parties will make all disclosures required by Rule 26(a)(1) by May 5, 2016.

### D. Issues Related to Preserving Discoverable Information.

The parties have agreed to take all necessary steps to preserve relevant discoverable information in both electronic and paper form.

### E. Proposed Discovery Plan.

(1) Initial Disclosures will be made by May 5, 2016.

(2) Discovery is needed on the substance of the claims made by Plaintiff in the case. The parties anticipate document discovery occurring first, followed by deposition discovery. Both parties will produce relevant emails related to the case. Based on the current pleadings, expert testimony is not expected, but may be needed if new claims are pled.

The proposed schedule from the parties is set forth on Appendix 1.

### F. Estimated Length of Trial.

Two to three trial days.

### G. Additional Points to Address From Local Rule 26-1.

This matter is of standard complexity. The expected dates for dispositive motions are set forth in the attached Appendix 1. The parties estimate trial time of two to three trial days. The parties do not expect any additional parties will be added to the case.

Respectfully Submitted,

Dated: April 28, 2016                SMITH LC


/s/ Steven C. Smith
STEVEN C. SMITH, CA SBN116246
JASON K. SMITH, CA SBN 277923
SMITH LC
3161 Michelson Drive, Suite 925
Irvine, CA 92612
Telephone:  (949) 416-5000
Facsimile:   (949) 416-5555
Email:         ssmith@smith-lc.com
Email:         jsmith@smith-lc.com

*(signatures continued on next page)*

| | | |
|---|---|---|
| 1 | Dated: April 28, 2016 | RAY PLANT MOOTY MOOTY & BENNETT, P.A. |

*/s/ John L. Krenn* _____
John L. Krenn, Esq., MN SBN 12493X
RAY PLANT MOOTY MOOTY & BENNETT, P.A.
500 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 632-3222
Facsimile: (612) 632-4222
Email:         john.krenn@gpmlaw.com

***Attorneys for Plaintiff***
***Uniloc Luxembourg, S.A.***

Dated:  April 28, 2016                             FEIN EMOND &APPLEBAUM P.C.

*/s/ Brett J. Vottero* _____
BRETT J. VOTTERO, MA SBN 545461
FEIN EMOND &APPLEBAUM P.C.
53 Mulberry Street
Springfield, MA 01105
Telephone:  (413) 781-5400
Facsimile:   (413) 739-0801
Email:         bvottero@fpepc.com

***Attorneys for Defendant***
***Michael W. Broderick***

# APPENDIX 1

(TO JOINT REPORT OF RULE 26(f) CONFERENCE—*Uniloc Luxembourg, S.A. v. Broderick,* Civ. No. 8:16-cv-00231-CJC-DFM)

## PROPOSED SCHEDULING ORDER DEADLINES

| | |
|---|---|
| August 1, 2016 | All discovery shall be commenced in time to be completed by this date. The parties believe that amount of time will be sufficient to complete fact discovery. |
| September 1, 2016 | Deadline for filing motions to dismiss, motions for summary judgment, or other dispositive motions. |
| December 15, 2016 | Case set for pre-trial conference. |
| January 15, 2017 | Case set for trial. |

**PROOF OF SERVICE**
*Uniloc v. Broderick*
USDC Case No. 8:16-cv-00231

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Orange, and not a party to the within action. My business address is 3161 Michelson Drive, Suite 925, Irvine, CA 92612. On April 28, 2016, I affected electronic service of the following:

**JOINT RULE 26(f) REPORT**

on all interested parties in this action listed below:

Brett J Vottero
Fein Emond and Applebaum PC
53 Mulberry Street
Springfield, MA 01105
413-781-5400
413-739-0801 (fax)
bvottero@fpepc.com

By submitting an electronic version of the documents(s) to One Legal, LLC, through the user interface at www.onelegal.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 28, 2016, in Irvine, California.

*/s/ Kaylene Canaan*
Kaylene Canaan

GP:4406332 v1

7
Joint Rule 26(f) Report