Steven C. Smith, CA State Bar No. 116246
SMITH LC
3161 Michelson Drive, Suite 925
Irvine, CA 92612
Telephone:   (949) 416-5000
Facsimile:   (949) 416-5555
Email:              ssmith@smith-lc.com

John L. Krenn, Esq., MN State Bar No. 12493X
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
500 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 632-3222
Facsimile: (612) 632-4222
Email:              john.krenn@gpmlaw.com

Attorneys for Plaintiff
Uniloc Luxembourg, S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

SOUTHERN DIVISION

| | |
|---|---|
| UNILOC LUXEMBOURG, S.A., | CASE NO:   8:16-cv-00231-CJC-DFM |
| Plaintiff, | Assigned to: Judge Cormac J. Carney<br>Dept.:  9B |
| vs. | Referred to: Magistrate Judge Douglas F. McCormick |
| MICHAEL W. BRODERICK, | Dept.: 6B |
| Defendant. | Complaint Filed:    10/13/15<br>Trial Date:              08/29/17 |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action, through their undersigned attorneys, hereby

stipulate and agree that the above-entitled action, together with all claims which

were or might have been alleged therein, shall be dismissed by the Court with prejudice and on the merits, with each party bearing its own costs and fees.

Accordingly, an Order may be entered by the Court effectuating the intent of this Stipulation without further notice to any of the parties.

Dated: April 5, 2017  **SMITH LC**

*/s/ Steven C. Smith*
Steven C. Smith, CA SBN116246
SMITH LC
3161 Michelson Drive, Suite 925
Irvine, CA 92612
Telephone: (949) 416-5000
Facsimile: (949) 416-5555
Email: ssmith@smith-lc.com

John L. Krenn, Esq., MN SBN 12493X
GRAY PLANT MOOTY MOOTY &
BENNETT, P.A.
500 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
Telephone: (612) 632-3222
Facsimile: (612) 632-4222
Email: john.krenn@gpmlaw.com

***Attorneys for Plaintiff***
***Uniloc Luxembourg, S.A.***

| | | |
|---|---|---|
| 1 | Dated: April 5, 2017 | **KOLETSKY, MANCINI, FELDMAN & MORROW** |
| 2 | | |
| 3 | | |
| 4 | | */s/ Jason N. Cirlin*<br>Jason N. Cirlin, Esq.<br>3460 Wilshire Boulevard, Eighth Floor |
| 5 | | Los Angeles, CA 90010<br>Telephone: (213) 427-2350 |
| 6 | | Facsimile: (213) 427-2366<br>E-mail: jcirlin@kmfm.com |
| 7 | | |
| 8 | | Brett J. Vottero, Esq.<br>FEIN EMOND &APPLEBAUM P.C. |
| 9 | | 53 Mulberry Street<br>Springfield, MA 01105 |
| 10 | | Telephone: (413) 781-5400<br>Facsimile: (413) 739-0801 |
| 11 | | Email: bvottero@fpepc.com |
| 12 | | ***Attorneys for Defendant*** |
| 13 | | ***Michael W. Broderick*** |

**PROOF OF SERVICE**
*Uniloc v. Broderick*
*USDC Case No. 8:16-cv-00231*

I, the undersigned, declare that I am over the age of 18 years, employed in the County of Orange, and not a party to the within action. My business address is 3161 Michelson Drive, Suite 925, Irvine, CA 92612. On April 5, 2017, I affected electronic service of the following:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on all interested parties in this action listed below:

Brett J Vottero
Fein Emond and Applebaum PC
53 Mulberry Street
Springfield, MA 01105
413-781-5400
413-739-0801 (fax)
bvottero@fpepc.com


Jason N. Cirlin
Koletsky, Mancini, Feldman & Morrow
3460 Wilshire Boulevard, Eighth Floor
Los Angeles, CA 90010
213-427-2350
213-427-2366 (fax)
jcirlin@kmfm.com


I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 5, 2017, in Irvine, California.


　　　　　　　　　　　　　　　　　　*/s/ Kaylene Canaan*
　　　　　　　　　　　　　　　　　　Kaylene Canaan