1 | Steven C. Smith, CA State Bar No. 116246
SMITH LC
2 | 3161 Michelson Drive, Suite 925
Irvine, CA 92612
3 | Telephone:  (949) 416-5000
Facsimile:  (949) 416-5555
4 | Email:          ssmith@smith-lc.com

5 | John L. Krenn, Esq., MN State Bar No. 12493X
GRAY PLANT MOOTY MOOTY & BENNETT, P.A.
6 | 500 IDS Center
80 S. Eighth Street
7 | Minneapolis, MN 55402
Telephone:  (612) 632-3222
8 | Facsimile: (612) 632-4222
Email:          john.krenn@gpmlaw.com

9 |
Attorneys for Plaintiff
10 | Uniloc Luxembourg, S.A.

11 |

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT

14 | SOUTHERN DIVISION

15 |

16 | UNILOC LUXEMBOURG, S.A.,

17 | Plaintiff,

18 | vs.

19 | MICHAEL W. BRODERICK,

20 | Defendant.

| CASE NO:  8:16-cv-00231-CJC-DFM

Assigned to: Judge Cormac J. Carney
Dept.:  9B
Referred to: Magistrate Judge Douglas
F. McCormick
Dept.: 6B

Complaint Filed:    10/13/15
Trial Date:            08/29/17

**[PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE**

26 | Based on the Stipulation filed by counsel to the parties, the above-entitled

27 | matter, together with all claims which were or might have been alleged therein, shall

be and hereby is dismissed with prejudice and on the merits, with each party bearing its own costs and fees.

Dated: _____      **BY THE COURT:**

_____

Judge of District Court

[Proposed] Order for Dismissal With Prejudice

**PROOF OF SERVICE**
*Uniloc v. Broderick*
*USDC Case No. 8:16-cv-00231*

    I, the undersigned, declare that I am over the age of 18 years, employed in the County of Orange, and not a party to the within action.  My business address is 3161 Michelson Drive, Suite 925, Irvine, CA 92612.  On April 5, 2017, I affected electronic service of the following:

| **(PROPOSED ) ORDER FOR DISMISSAL WITH PREJUDICE** |
| --- |

on all interested parties in this action listed below:


Brett J Vottero
Fein Emond and Applebaum PC
53 Mulberry Street
Springfield, MA 01105
413-781-5400
413-739-0801 (fax)
bvottero@fpepc.com


Jason N. Cirlin
Koletsky, Mancini, Feldman & Morrow
3460 Wilshire Boulevard, Eighth Floor
Los Angeles, CA 90010
213-427-2350
213-427-2366 (fax)
jcirlin@kmfm.com


    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on April 5, 2017, in Irvine, California.


*/s/ Kaylene Canaan*
Kaylene Canaan